| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

NGUYEN GIAI THI, §
§
    Plaintiff, §
§ CIVIL ACTION NO. 1:19-CV-00053
*versus* §
§
TEXAS FARMERS INSURANCE §
COMPANY, §
§
    Defendant. §

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

    This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. The court has received and considered the Report and Recommendation of the magistrate judge (Doc. No. 59), which recommends granting Defendant Texas Farmers Insurance Company's ("Texas Farmers") "Motion for Summary Judgment" (Doc. No. 45). Plaintiff Giai Thi Nguyen ("Nguyen") filed objections to the magistrate judge's Report and Recommendation. Doc. No. 69. Texas Farmers responded to Nguyen's objections. Doc. No. 71.

    A party who files timely, written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2)-(3). The court has conducted a *de novo* review of the magistrate judge's Report and Recommendation and has carefully considered Nguyen's objections. The court finds that the magistrate judge's findings and conclusions of law are correct, and that Nguyen's objections are without merit.

It is, therefore, **ORDERED** that the magistrate judge's Report and Recommendation (Doc. No. 59) is **ADOPTED**; Nguyen's objections are **OVERRULED** and Texas Farmers Insurance Company's "Motion for Summary Judgment" (Doc. No. 45) is **GRANTED**. Accordingly, the above case is **DISMISSED WITH PREJUDICE** with each party to bear its own costs of court. The Clerk is directed to close the case and deny all pending motions as moot.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 10th day of March, 2021.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE